# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON


GEORGE THOMPSON,

**Plaintiff,**

        **v.**                                 **Civil No. 06-6040-HO**

ROGER STEWART,

**Defendant.**

_____

# JUDGMENT

This action is dismissed with prejudice and without costs or attorney fees awarded to either party.

Dated: December 6, 2006


                         Sheryl S. McConnell, Clerk


                         by
                           S. Nogelmeier, Deputy Clerk


**JUDGMENT**                                 **DOCUMENT NO: _____**